CLD-076                                                                                                    February 9, 2026

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 25-3098

CRISTOFER ALEXANDER ORTEGA-VARELA,
          Petitioner

     v.

U.S. ATTORNEY GENERAL

     (Agency No. A206-724-714)

Present:   BIBAS and PHIPPS, *Circuit Judges*

     Submitted are

          (1)   Petitioner's motion for a stay of removal;

          (2)   Government's response in opposition; and

          (3)   Petitioner's reply

     in the above-captioned case.

                                                            Respectfully,

                                                            Clerk

_____ORDER_____

     The temporary administrative stay of removal issued by the Clerk on October 31, 2025, is vacated. Petitioner's motion for a stay of removal pending disposition of his petition for review is denied because he has not shown a likelihood of success on the merits of his petition for review. *See Nken v. Holder*, 556 U.S. 418, 425–26 (2009); *see also Douglas v. Ashcroft*, 374 F.3d 230, 233–34 (3d Cir. 2004).

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: February 11, 2026
Sb/cc: Jessica Charniga, Esq.
      Raya Jarawan, Esq.
      Liza S. Murcia, Esq.
      Anthony C. Payne, Esq.